USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 0 2009

471-09/MEU/EJM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAMPSKIBSSELSKABET NORDEN AS,

        Plaintiff,

- against –

SHIPPING-LAND CO. LTD., SHIPPING-LAND
(SINGAPORE) PTE LTD., DREAMSHIP PTE LTD.,
SHIPLAND CORP., S SHIP CO. LTD.
and SPRING-TECH CO. LTD.,

        Defendants.

09 cv 6294 (GEL)

**NOTICE OF APPEAL**

---

Notice is given that Plaintiff hereby appeals to the United States Court of Appeals for the Second Circuit from the attached August 6, 2009 Final Order issued by the Honorable Gerard E. Lynch of the United States District Court for the Southern District of New York from that portion of said Final Order which denied Plaintiff's application for an Order of attachment pursuant to Rule B of the Supplemental Admiralty Rules Defendants SHIPPING-LAND CO. LTD. and SHIPPING-LAND (SINGAPORE) PTE LTD on the basis that these Defendants are "found" in the Southern District of New York by virtue of their registration to do business with the New York Secretary of State.

A copy of the Final Order dated August 6, 2009 is attached hereto as Exhibit A.

Dated: New York, New York
    August 20, 2009

              FREEHILL HOGAN & MAHAR, LLP

BY: _____
    Michael E. Unger
    80 Pine Street
    New York, New York 10005-1759
    Tel: (212) 425-1900
    Fax: (212) 425-1901

NYDOCS1/335998.1